STATE of Missouri, Respondent,

v.

Albert BROOKS, Appellant.

Albert BROOKS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 65562, 67489.

Missouri Court of Appeals,
Eastern District,
Division One.

April 2, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 15, 1996.

Application to Transfer Denied
June 25, 1996.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of his Rule 29.15 motion for post conviction relief after an evidentiary hearing. A direct appeal after sentencing on charge of distribution of a controlled substance near a school, § 195.214 RSMo 1986 was abandoned. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the

reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).